IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEHIGH VALLEY PROPERTIES, INC.,** et al. | : | **CIVIL ACTION** |
| v. | : | NO. 19-4892 |
| **PORTNOFF LAW ASSOCIATES, LTD.,** et al. | : | |

## O R D E R

**AND NOW,** this 27th day of April, 2020, it is **ORDERED** that:

1. The Motion to Strike the Second Amended Complaint [Doc. 12] is **GRANTED**. The Clerk shall strike the Second Amended Complaint [Doc. 10] from the docket.

2. The Motion to Dismiss Amended Complaint by Defendant Portnoff Law Associates, LTD. [Doc. 8] is **GRANTED**.

3. The Motion to Dismiss Amended Complaint for Lack of Jurisdiction by Defendants Northern Lehigh School District and Parkland School District [Doc. 14] is **GRANTED**.

4. The Amended Complaint [Doc.7] is **DISMISSED**.

5. Plaintiff's Motion for Pretrial Injunctive Relief [Doc. 2] is **DENIED** as moot.

6. The Motion to Dismiss the original Complaint by Defendant Portnoff Law Associates, LTD. [Doc. 4] Is **DENIED** as moot.

7. The Motion to Dismiss the original Complaint for Lack of Jurisdiction by Defendants Northern Lehigh School District and Parkland Scholl District [Doc. 6] is **DENIED** as moot.

8. The Motion to Continue Pretrial Conference [Doc. 19] is **DENIED** as moot.

9. The Motion to Dismiss the Second Amended Complaint by Allentown School District [Doc. 24] is **DENIED** as moot.

10. **Mindful of the Clerk of Court's current inability to mail this Order and accompanying Memorandum to *pro se* litigants who have not provided the Clerk with an email address, Defendant's counsel Donald Wieand, Esq. shall, by no later than April 29, 2020, send a copy of the Court's Order and accompanying Memorandum by first class mail to Plaintiff's address listed on the docket.**

11. **Attorney Wieand shall file a certificate of service demonstrating compliance by no**

**later than April 30, 2020.**

12. **If Attorney Wieand receives a notice that the mailing was undeliverable, counsel shall immediately notify the Court.**

13. The Clerk shall mark this case as "terminated."

                          **BY THE COURT:**

                          <u>**/s/ Jeffrey L. Schmehl**</u>
                          **JEFFREY L. SCHMEHL, J.**